UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

BRUCE ANTHONY GORCYCA,

       Defendant.

---

ORDER

08-CR-09

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JAN 0 7 2009
BROOKLYN OFF

**JACK B. WEINSTEIN, Senior United States District Judge:**

A communication was addressed to the undersigned from Bruce Anthony Gorcyca DiMarco, dated December 16, 2008. It appears to relate to *United States v. Gorcyca*, 08-CR-09, which is assigned to Senior United States District Judge Frederic Block. It is respectfully directed to Judge Block. A copy of this order shall be sent to Mr. Gorcyca DiMarco.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: December 18, 2008
       Brooklyn, New York



1